ORDERED.

Dated: February 02, 2016

Caryl E. Delano
United States Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
www.flmb.uscourts.gov

IN RE:  
Curtis R Whirl  
      Debtor /

Case No: 8:15-bk-04619-CED  
Chapter 13

**ORDER GRANTING MOTION TO DETERMINE THE SECURED STATUS**
**PARTNERS FEDERAL CREDIT UNION**

**THIS CASE** came on for consideration, upon the Debtor's Motion to Value Collateral of Partners Federal Credit Union (Docket No: 30). The creditor has failed to file a timely response to the Motion, and therefore is deemed not to oppose the Motion. Accordingly, it is:

**ORDERED, ADJUDGED and DECREED** that the collateral more particularly described as a 2009 Chevrolet Cobalt vehicle identification number 1G1AT58H797119342 is determined to have the value of $5,550.00 pursuant to 11 U.S.C. 506 of the Bankruptcy Code. It is further

**ORDERED, ADJUDGED and DECREED** that Partners Federal Credit Union shall have an allowed secured claim in the amount of $5,550.00 plus interest which is 5.25% payable over the life of the Chapter 13 Plan, and remaining balance will be paid as an unsecured claim through the Debtor's Chapter 13 Plan.

Attorney, William Brumby, is directed to serve a copy of this order on interested parties who are non-CM/ECF users and file a proof of service within 3 days of entry of the order.